UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No.  3:08-CR-108(4) |
| | ) | |
| NYTERIA REDDING | ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on December 2, 2008 [Doc. No. 95]. Accordingly, the court now ADOPTS those findings and recommendation, ACCEPTS defendant Nyteria Redding's plea of guilty, and FINDS the defendant guilty of Counts 4 and 8 of the Indictment, in violation of 18 U.S.C. §§ 2 and 1029(a)(5) and 18 U.S.C. §§ 2 and 1028A.

SO ORDERED.

ENTERED:   December 29, 2008

_____/s/ Robert L. Miller, Jr._____
Chief Judge
United States District Court